FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 1 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. Kevin Quoc Tran | SA15-449M |
| DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of **Court**, IT IS ORDERED that a detention hearing is set for **SEPT 1**, 2015, at **9:00** ☒ a.m. / ☒ p.m. before the Honorable Douglas F. McCormick, United States Magistrate Judge, in Courtroom ~~6A~~ 6B.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: 9/1/2015

DOUGLAS F. McCORMICK
~~U.S. District Judge~~/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                             Page 1 of 1